IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPLE, INC.,

                                                                                                             ORDER

                     Plaintiff,

                                                               11-cv-178-bbc

     v.

MOTOROLA MOBILITY, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       For the reasons stated from the bench at the conclusion of the hearing on plaintiff Apple, Inc.'s motion for a preliminary injunction, the motion is DENIED. Counsel are to advise the court no later than May 6, 2011, whether they want a scheduling conference before the court to discuss the reorganization of case no. 10-cv-662-bbc and other scheduling matters.

       Entered this 29th day of April, 2011.

                                       BY THE COURT:
                                       /s/
                                       BARBARA B. CRABB
                                       District Judge