IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

APPLE INC.,

                                                                     ORDER

                    Plaintiffs,

v.                                                                   11-cv-178-bbc

MOTOROLA MOBILITY, INC.,

                    Defendants.

---

      Pursuant to 28 U.S.C. § 455(a) I hereby recuse myself from further proceedings in this case.

      Entered this 23rd day of February, 2012.

                                    BY THE COURT:

                                    /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge