# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC.,

        Plaintiff,

v.

MOTOROLA MOBILITY, INC.

        Defendant.

Case No. 11-CV-178 (BBC)

**JURY TRIAL DEMANDED**

**PLAINTIFF APPLE INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Apple Inc. respectfully moves for partial summary judgment to establish elements of its breach of contract, antitrust, unfair competition, and patent misuse claims against Defendant Motorola Mobility, Inc.

This Motion is supported by the following materials filed contemporaneously herewith: (1) a Memorandum of Points and Authorities In Support of Plaintiff's Motion for Partial Summary Judgment; (2) Plaintiff's Proposed Findings of Fact; (3) the Declaration of Professor Philippe Delebecque and exhibits thereto; and (4) the Declaration of Cortlin Lannin and exhibits thereto.

Dated: April 27, 2012

Respectfully submitted,
/s/ Samuel F. Ernst
Robert D. Fram (CA Bar No. 126750)
rfram@cov.com
Christine Saunders Haskett (CA Bar No. 188053)
chaskett@cov.com
Samuel F. Ernst (CA Bar No. 223963)
sernst@cov.com
Cortlin H. Lannin (CA Bar No. 266488)
clannin@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Robert T. Haslam (CA Bar No. 71134)
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Mark G. Davis
mark.davis@weil.com

WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Carrie Anderson
carrie.anderson@weil.com
WEIL, GOTSHAL & MANGES LLP
767 5th Avenue
New York, NY 10153
Telephone: (212) 310-8022
Facsimile: (212) 310-8007

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Steven Cherensky
Steven.Cherensky@tensegritylawgroup.com
Tensegrity Law Group, LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone:  650-802-6000
Facsimile: 650-802-6001

Catherine Cetrangolo
cetrangolo@cetralaw.com
CETRA LAW FIRM LLC
20 North Carroll Street
Madison, WI 53703
Telephone: (608) 535-9220

*Attorneys for Plaintiff Apple Inc.*

3

**CERTIFICATE OF SERVICE**

      I, Samuel F. Ernst, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on April 27, 2012 using the Court's electronic case filing system.

      By: */s/ Samuel F. Ernst*_____
           Samuel F. Ernst