# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| APPLE INC. | ) | |
| | ) | |
| Plaintiffs and Counterclaim Defendants, | ) ) ) | Case No. 1:11-cv-178 (BBC) |
| | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| MOTOROLA MOBILITY, INC. | ) | |
| | ) | |
| Defendants and Counterclaim Plaintiffs. | ) ) | |

## <u>MOTOROLA MOBILITY, INC.'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant Motorola Mobility, Inc. hereby moves this Court, pursuant to Federal Rule of

Civil Procedure 56, for summary judgment on the following Apple claims:

- Count I – Equitable Estoppel

- Count II – Breach of Contract – ETSI/3GPP

- Count III – Breach of Contract to Which Apple is a Third Party Beneficiary – ETSI/3GPP

- Count IV – Breach of Contract to Which Apple is a Third Party Beneficiary – IEEE

- Count V – False F/RAND Commitments and Deceptive Acts in Violation of Section 2 of the Sherman Act

- Count VI – Unfair Competition and Unlawful Business Practices in Violation of Cal. Bus. & Prof Code ¶ 17200, et seq.

- Count VII – Declaratory Judgment That Motorola's Offers have not been on F/RAND Terms

- Count XI – Declaratory Judgment of No Entitlement to Injunctive Relief

- Count XII – Declaratory Judgment of Patent Misuse

- Count XIII – Interference with Contract

Motorola's motion is based upon the Motion, the Memorandum in Support of Motorola's

Motion, Motorola's Proposed Findings of Fact, and all cited record references therein.

Dated: April 27, 2012                          Respectfully Submitted,

                                               MOTOROLA MOBILITY, INC.

                                               By:     _s/ Brian C. Cannon_____
                                                       Brian C. Cannon

Scott W. Hansen                                David A. Nelson
Lynn M. Stathas                                Jennifer A. Bauer
Lisa Nester Kass                               Quinn Emanuel Urquhart & Sullivan, LLP
Reinhart Boerner Van Deuren s.c.               500 West Madison St., Suite 2450
22 East Mifflin Street                         Chicago, IL 60661
P.O. Box 2018                                  Telephone:  (312) 705-7400
Madison, WI 53701-2018                         Facsimile:   (312) 705-7401
Telephone:  (608) 229-2200                     Email:  davenelson@quinnemanuel.com
Facsimile:   (608) 229-2100                            jenniferbauer@quinnemanuel.com
1000 North Water Street, Suite 1700
Milwaukee, WI  53202                           Edward J. DeFranco
Telephone:  414-298-1000                       Alexander Rudis
Facsimile:   414-298-8097                       51 Madison Avenue, 22nd Floor
Email:  shansen@reinhartlaw.com                New York, NY 10010
        lstathas@reinhartlaw.com               Telephone:  (212) 849-7000
        lkass@reinhartlaw.com                  Facsimile:   (212) 849-7100
                                               Email:  eddefranco@quinnemanuel.com
*Attorneys for Defendant Motorola Mobility,*           alexanderrudis@quinnemanuel.com
*Inc.*
                                               Brian C. Cannon
                                               Meghan Bordonaro
                                               Shawna M. Reeder
                                               555 Twin Dolphin Drive, 5th Floor
                                               Redwood Shores, CA  94065
                                               Telephone:  (650) 801-5000
                                               Facsimile:   (650) 801-5100
                                               Email:  briancannon@quinnemanuel.com
                                                       meghanbordonaro@quinnemanuel.com
                                                       shawnareeder@quinnemanuel.com

                                               *Attorneys for Defendant Motorola Mobility, Inc.*