## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. ) | |
| ) | |
| Plaintiffs and Counterclaim ) | Case No. 1:11-cv-178 (BBC) |
| Defendants, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| MOTOROLA MOBILITY, INC. ) | |
| ) | |
| Defendants and Counterclaim ) | |
| Plaintiffs. | |

**MOTOROLA MOBILITY, LLC'S MOTION IN *LIMINE*
TO PRECLUDE EVIDENCE AND ARGUMENT
<u>RELATING TO TIMELINESS OF PATENT DISCLOSURES TO ETSI</u>**

Motorola Mobility, LLC hereby moves this Court for entry of an order precluding Apple, Inc. from presenting evidence and argument relating to timeliness of patent disclosures to ETSI and pursuing its claim for breach of ETSI's IPR disclosure policy at trial. Apple has withdrawn its claim for damages, and has pleaded no other remedy for Motorola's alleged breach of ETSI's IPR disclosure policy. There is no dispute that Motorola disclosed any and all patents at issue in this case a decade ago, so there is nothing further for the Court to require Motorola to perform in that regard. Thus, Apple is not entitled to a declaration of breach, specific performance or other equitable relief based on its claim for breach of ETSI's IPR disclosure policy. Motorola's Motion is based upon the Motion, Motorola's Brief in Support of its Motion, and all cited record references therein.

| | |
|---|---|
| Dated: September 28, 2012 | Respectfully Submitted, |
| | MOTOROLA MOBILITY, LLC. |
| | By:  *s/ Stephen A. Swedlow*<br>         Stephen A. Swedlow |
| Scott W. Hansen<br>Lynn M. Stathas<br>Lisa Nester Kass<br>Reinhart Boerner Van Deuren s.c.<br>22 East Mifflin Street<br>P.O. Box 2018<br>Madison, WI 53701-2018<br>Telephone: (608) 229-2200<br>Facsimile: (608) 229-2100<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Telephone: 414-298-1000<br>Facsimile: 414-298-8097<br>Email: shansen@reinhartlaw.com<br>         lstathas@reinhartlaw.com<br>         lkass@reinhartlaw.com | David A. Nelson<br>Stephen A. Swedlow<br>Jennifer A. Bauer<br>Amanda S. Williamson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison St., Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br>Email: davenelson@quinnemanuel.com<br>         stephenswedlow@quinnemanuel.com<br>         jenniferbauer@quinnemanuel.com<br>         amandawilliamson@quinnemanuel.com<br><br>Edward J. DeFranco<br>Alexander Rudis<br>David Elihu<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: eddefranco@quinnemanuel.com<br>         alexanderrudis@quinnemanuel.com<br>         davidelihu@quinnemanuel.com<br><br>Brian C. Cannon<br>Meghan Bordonaro<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: briancannon@quinnemanuel.com<br>         meghanbordonaro@quinnemanuel.com<br><br>*Attorneys for Defendant Motorola Mobility, LLC.* |