UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. | ) |
| | ) |
|     Plaintiffs and Counterclaim Defendants, | ) ) )   Case No. 1:11-cv-178 (BBC) |
| | ) |
| v. | ) |
| | ) |
| MOTOROLA MOBILITY, INC. | ) |
| | ) |
|     Defendants and Counterclaim Plaintiffs. | ) |

**MOTOROLA MOBILITY LLC'S MOTION *IN LIMINE*
TO DETERMINE THE TERMS OF ETSI AND IEEE POLICIES**

    Motorola Mobility, LLC hereby move this Court, for entry of an order determining as a matter of law and contract interpretation that the written policies of standards bodies the European Telecommunications Standards Institute ("ETSI"), and the Institute of Electrical and Electronics Engineers ("IEEE"), at issue in this action, do not prohibit essential patent owners from seeking judicial relief, including injunctions, for infringement of patents declared essential to ETSI and IEEE standards.  As such, Apple should be precluded from offering evidence or argument at trial that Motorola breached any term of these contracts by filing a lawsuit seeking damages and injunctions in district court, or an exclusion order from the International Trade Commission, and cannot prevail on those claims.

    Motorola's Motion is based upon this Motion, Motorola's Brief in Support of its Motion, and all cited record references therein.

1

Dated: September 28, 2012

Respectfully Submitted,

MOTOROLA MOBILITY, LLC.

By:  *s/ Stephen A. Swedlow*
     Stephen A. Swedlow

Scott W. Hansen
Lynn M. Stathas
Lisa Nester Kass
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
Telephone:  (608) 229-2200
Facsimile:   (608) 229-2100
1000 North Water Street, Suite 1700
Milwaukee, WI  53202
Telephone:  414-298-1000
Facsimile:   414-298-8097
Email:  shansen@reinhartlaw.com
       lstathas@reinhartlaw.com
       lkass@reinhartlaw.com

David A. Nelson
Stephen A. Swedlow
Jennifer A. Bauer
Amanda S. Williamson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401
Email:  davenelson@quinnemanuel.com
       stephenswedlow@quinnemanuel.com
       jenniferbauer@quinnemanuel.com
       amandawilliamson@quinnemanuel.com

Edward J. DeFranco
Alexander Rudis
David Elihu
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100
Email:  eddefranco@quinnemanuel.com
       alexanderrudis@quinnemanuel.com
       davidelihu@quinnemanuel.com

Brian C. Cannon
Meghan Bordonaro
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100
Email:  briancannon@quinnemanuel.com
       meghanbordonaro@quinnemanuel.com

*Attorneys for Defendant Motorola Mobility, LLC.*