UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC. | ) |
|     Plaintiff and Counterclaim Defendant, | ) Case No. 1:11-cv-178 (BBC) |
| v. | ) |
| MOTOROLA MOBILITY, INC. | ) |
|     Defendant and Counterclaim Plaintiff. | ) |

**DEFENDANT MOTOROLA'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND REFERENCES TO IRRELEVANT STANDARDS AND STANDARD SETTING BODIES**

Defendant Motorola Mobility, LLC hereby move this Court, pursuant to Federal Rules of Evidence 402 and 403, for entry of an order precluding Plaintiff Apple, Inc. from offering evidence relating to standard setting bodies and standards that are not at issue in this case, including evidence relating to the Open Mobile Alliance and TETRA standards. Motorola's Motion is based upon the Motion, the Memorandum in Support of Motorola's Motion, and all cited record references therein.

Dated: September 28, 2012               MOTOROLA MOBILITY, INC.

                                           By:     *s/ Stephen A. Swedlow*
                                                      Stephen A. Swedlow

Scott W. Hansen
Lynn M. Stathas
Lisa Nester Kass
Reinhart Boerner Van Deuren s.c.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
Telephone: (608) 229-2200
Facsimile: (608) 229-2100
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
Telephone:  414-298-1000
Facsimile:   414-298-8097
Email: shansen@reinhartlaw.com
         lstathas@reinhartlaw.com
         lkass@reinhartlaw.com

David A. Nelson
Stephen A. Swedlow
Amanda S. Williamson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: davenelson@quinnemanuel.com
stephenswedlow@quinnemanuel .com
amandawilliamson@quinnemanuel.com

Edward J. DeFranco
Alexander Rudis
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: eddefranco@quinnemanuel.com
alexanderrudis@quinnemanuel.com

Brian C. Cannon
Meghan Bordonaro
Shawna M. Reeder
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA  94065
Telephone: (650) 801-5000
Facsimile:  (650) 801-5100
Email:  briancannon@quinnemanuel.com
meghanbordonaro@quinnemanuel.com
shawnareeder@quinnemanuel.com

*Attorneys for Defendant Motorola Mobility, Inc.*