# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC.  <br>　　　　Plaintiffs and Counterclaim Defendants,  <br>　　v.  <br>MOTOROLA MOBILITY, INC.  <br>　　　　Defendants and Counterclaim Plaintiffs. | Case No. 1:11-cv-178 (BBC) |

## MOTOROLA MOBILITY, LLC'S MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OR ARGUMENT RELATED TO ANY ALLEGEDLY "NON-INFRINGING ALTERNATIVES" TO MOTOROLA U.S. PATENT NOS. 5,311,516, 6,175,559, AND 6,359,898

Defendants Motorola Mobility, LLC hereby move this Court, pursuant to Federal Rules of Civil Procedure, the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), for entry of an order precluding Plaintiff Apple, Inc. from presenting any argument or evidence at trial related to any purportedly "non-infringing alternatives" to Motorola's U.S. Patent Nos. 5,311,516, 6,175,559, and 6,359,898. Motorola's Motion is based upon the Motion, the Memorandum in Support of Motorola's Motion, and all cited record references therein.

1

Dated: September 28, 2012

Respectfully Submitted,

MOTOROLA MOBILITY, LLC.

By: *s/ Stephen A. Swedlow*
     Stephen A. Swedlow

| | |
|---|---|
| Scott W. Hansen<br>Lynn M. Stathas<br>Lisa Nester Kass<br>Reinhart Boerner Van Deuren s.c.<br>22 East Mifflin Street<br>P.O. Box 2018<br>Madison, WI 53701-2018<br>Telephone: (608) 229-2200<br>Facsimile: (608) 229-2100<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202<br>Telephone: 414-298-1000<br>Facsimile: 414-298-8097<br>Email: shansen@reinhartlaw.com<br>       lstathas@reinhartlaw.com<br>       lkass@reinhartlaw.com | David A. Nelson<br>Stephen A. Swedlow<br>Jennifer A. Bauer<br>Amanda S. Williamson<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison St., Suite 2450<br>Chicago, IL 60661<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401<br>Email: davenelson@quinnemanuel.com<br>       stephenswedlow@quinnemanuel.com<br>       jenniferbauer@quinnemanuel.com<br>       amandawilliamson@quinnemanuel.com<br><br>Edward J. DeFranco<br>Alexander Rudis<br>David Elihu<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: eddefranco@quinnemanuel.com<br>       alexanderrudis@quinnemanuel.com<br>       davidelihu@quinnemanuel.com<br><br>Brian C. Cannon<br>Meghan Bordonaro<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: briancannon@quinnemanuel.com<br>       meghanbordonaro@quinnemanuel.com<br><br>*Attorneys for Defendant Motorola Mobility, LLC.* |