IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC.,<br><br>          Plaintiff and Counterclaim<br>          Defendant,<br><br>v.<br><br>MOTOROLA MOBILITY, INC.,<br><br>          Defendant and Counterclaim<br>          Plaintiff. | Case No. 11-cv-178 (BBC) |

### NOTICE OF INTENT TO SERVE TRIAL SUBPOENAS

Pursuant to the Preliminary Pretrial Conference Order (Dkt. No. 102 at 26), Apple Inc. hereby notifies the Court that it intends to serve trial subpoenas in accordance with Fed. R. Civ. P. 45.

October 5, 2012

Respectfully submitted,

*/s/  Robert D. Fram*
Robert D. Fram (CA Bar No. 126750)
rfram@cov.com
Christine Saunders Haskett (CA Bar No. 188053)
chaskett@cov.com
Samuel F. Ernst (CA Bar No. 223963)
sernst@cov.com
Nathan E. Shafroth (CA Bar No. 232505)
nshafroth@cov.com
Danielle L. Goldstein (CA Bar No. 257486)

CONTAINS CONFIDENTIAL INFORMATION PURSUANT TO PROTECTIVE ORDER

dgoldstein@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Jason C. Raofield (DC Bar No. 463877)
jraofield@cov.com
Richard Anthony Lopez (DC Bar No. 995719)
rlopez@cov.com
Matthew John Connolly (DC Bar No. 997905)
mconnolly@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Paul Ehrlich
Paul.Ehrlich@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone: 650-802-6000
Facsimile: 650-802-6001

Catherine Cetrangolo
cetrangolo@cetralaw.com
CETRA LAW FIRM LLC
20 North Carroll Street
Madison, WI 53703
Telephone: (608) 535-9220

*Attorneys for Plaintiff Apple Inc.*

## **CERTIFICATE OF SERVICE**

      I, Robert D. Fram, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on October 5, 2012 using the Court's electronic case filing system.

      By: */s/ Robert D. Fram*
      Robert D. Fram