IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MOTOROLA MOBILITY, INC.<br><br>      Defendant. | Case No. 11-CV-178-bbc<br><br>Hon. Barbara B. Crabb |

**APPLE'S MOTION FOR LEAVE TO REPLY TO MOTOROLA'S RESPONSE BRIEF REGARDING THE NATURE OF DISMISSAL**

  At the November 5, 2012 pretrial hearing, Apple furnished the Court with a Bench Memorandum regarding the Court's jurisdiction and the nature of any dismissal.  *See* Dkt No. 499.  Motorola has now filed a response to that Bench Memorandum.  Since the November 5 hearing, two significant events have taken place that Apple's Bench Memorandum did not have the opportunity to address.  First, the Court issued an order setting forth its reasons for dismissing this case.  *See* Dkt. No. 503.  Second, the parties have entered discussions regarding the prospect of settling this dispute through binding arbitration.  Due to these developments, Apple respectfully requests that this Court grant it leave to file the enclosed reply brief, to address these new facts, as well as the further arguments Motorola raises regarding the nature of dismissal.

Dated: November 15, 2012

Respectfully submitted,

*/s/ Samuel Ernst*
Robert D. Fram (CA Bar No. 126750)
rfram@cov.com
Christine Saunders Haskett (CA Bar No. 188053)
chaskett@cov.com
Samuel F. Ernst (CA Bar No. 223963)
sernst@cov.com
Nathan E. Shafroth (CA Bar No. 232505)
nshafroth@cov.com
Danielle L. Goldstein (CA Bar No. 257486)
dgoldstein@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Jason C. Raofield (DC Bar No. 463877)
jraofield@cov.com
Richard Anthony Lopez (DC Bar No. 995719)
rlopez@cov.com
Matthew John Connolly (DC Bar No. 997905)
mconnolly@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Paul Ehrlich
Paul.Ehrlich@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone: (650) 802-6000
Facsimile: (650) 802-6001

Catherine Cetrangolo
cetrangolo@cetralaw.com
CETRA LAW FIRM LLC

                        20 North Carroll Street
                        Madison, WI 53703
                        Telephone: (608) 535-9220
                        *Attorneys for Plaintiff Apple Inc.*

## **CERTIFICATE OF SERVICE**

I, Samuel F. Ernst, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on November 15, 2012 using the Court's electronic case filing system.

By: */s/ Samuel F. Ernst*
Samuel F. Ernst