IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>MOTOROLA MOBILITY, INC.<br><br>      Defendant and Counterclaim Plaintiff. | Case No. 11-CV-178-bbc<br><br>Hon. Barbara B. Crabb |

## NOTICE OF APPEAL

Notice is hereby given that Apple Inc., plaintiff and counterclaim defendant in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 5, 2012 (Dkt. 510) and the portions of all orders underlying that judgment that were adverse to Apple.

Dated:  January 4, 2013

Respectfully submitted,

*/s/ Robert D. Fram*
Robert D. Fram (CA Bar No. 126750)
rfram@cov.com
Christine Saunders Haskett (CA Bar No. 188053)
chaskett@cov.com
Samuel F. Ernst (CA Bar No. 223963)
sernst@cov.com
Nathan E. Shafroth (CA Bar No. 232505)
nshafroth@cov.com
Danielle L. Goldstein (CA Bar No. 257486)
dgoldstein@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: (415) 591-6000

Facsimile: (415) 591-6091

Jason C. Raofield (DC Bar No. 463877)
jraofield@cov.com
Richard Anthony Lopez (DC Bar No. 995719)
rlopez@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Paul Ehrlich
Paul.Ehrlich@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065
Telephone: 650-802-6000
Facsimile: 650-802-6001

Catherine Cetrangolo
cetrangolo@cetralaw.com
CETRA LAW FIRM LLC
20 North Carroll Street
Madison, WI 53703
Telephone: (608) 535-9220

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

      I, Robert D. Fram, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on January 4, 2013 using the Court's electronic case filing system.

      By: */s/ Robert D. Fram*
      Robert D. Fram (CA Bar No. 126750)