# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| APPLE, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim | ) | |
| Defendant, | ) | |
| v. | ) | Case No. 11-cv-178-bbc |
| | ) | |
| MOTOROLA MOBILITY, INC., | ) | Hon. Barbara B. Crabb |
| | ) | |
| Defendant and Counterclaim | ) | |
| Plaintiff. | ) | |

## MOTOROLA MOBILITY, LLC'S NOTICE OF APPEAL

Notice is hereby given that pursuant to Fed. R. App. P. 4(a)(3), Motorola Mobility, LLC ("Motorola")[1], defendant and counterclaim plaintiff in the above named case, hereby cross-appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on December 5, 2012 (Dkt. 510) and the portions of all orders underlying that judgment that were adverse to Motorola.  This includes, without limitation, an appeal of: (1) the portions of the Court's August 10, 2012 summary judgment order (Dkt. 194) that were adverse to Motorola; and (2) the Court's November 28, 2012 order (Dkt. 509) to the extent it dismissed Apple's counts 1-4, 7, and 11-12 without prejudice, as opposed to with prejudice.

Motorola respectfully disputes that the Court of Appeals for the Federal Circuit has jurisdiction over any of the claims in this case, and believes that Apple's appeal must have been filed, if at all, with the United States Court of Appeals for the Seventh Circuit.  Motorola intends to promptly file a motion to dismiss and/or transfer for lack of jurisdiction.  *See* Fed. Cir. R. 27(f).

---

[1]   Motorola Mobility, LLC (f/k/a Motorola Mobility, Inc.) is a wholly-owned subsidiary of Google Inc.

1

DATED:     January 18, 2013

Respectfully submitted,

MOTOROLA MOBILITY, LLC


By:     */s/   Stephen A. Swedlow*
          Stephen A. Swedlow


Scott W. Hansen
Lynn M. Stathas
Lisa Nester Kass
Reinhart Boerner Van Deuren S.C.
22 East Mifflin Street
P.O. Box 2018
Madison, WI 53701-2018
Telephone: (608) 229-2200
Facsimile: (608)229-2100
1000 North Water Street, Suite 170
Milwaukee, WI 53202
Telephone: (404) 298-1000
Facsimile: (404) 298-8097
Email: shansen@reinhartlaw.com
          lstathas@reinhartlaw.com
          lkass@reinhartlaw.com

David A. Nelson
Stephen A. Swedlow
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL  60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Email: davenelson@quinnemanuel.com
          stephenswedlow@quinnemanuel.com

Edward J. DeFranco
Alexander Rudis
David M. Elihu
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (312) 849-7100
Email: eddefranco@quinnemanuel.com
          alexanderrudis@quinnemanuel.com
          davidelihu@quinnemanuel.com

Brian C. Cannon
Meghan Bordonaro
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: briancannon@quinnemanuel.com
     meghanbordonaro@quinnemanuel.com

*Attorneys for Defendant and Counterclaim Plaintiff*
*Motorola Mobility, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, David M. Elihu, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on this the 18th  day of January, 2013.


_/s/ David M. Elihu_

David M. Elihu