**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MOTOROLA MOBILITY, INC. <br><br> Defendant. | Case No. 11-cv-178 (BBC) <br><br> Hon. Barbara B. Crabb |

### NOTICE OF WITHDRAWAL OF COVINGTON & BURLING LLP AS COUNSEL FOR APPLE INC.

  Notice is hereby given of the withdrawal of Covington & Burling LLP as counsel for Apple Inc. ("Apple") in the above-captioned matter, effective immediately. This matter terminated in the District Court on November 28, 2012, and is on appeal to the Court of Appeals for the Federal Circuit. Apple will continue to be represented by its other counsel of record.

Dated: January 30, 2013         Respectfully submitted,

            By: */s/ Samuel F. Ernst*
            Samuel F. Ernst (CA Bar No. 223963)
            sernst@cov.com
            Robert D. Fram (CA Bar No. 126750)
            rfram@cov.com
            Christine S. Haskett (CA Bar No. 188053)
            chaskett@cov.com
            Nathan E. Shafroth (CA Bar No. 232505)
            nshafroth@cov.com
            Danielle L. Goldstein (CA Bar No. 257486)
            dgoldstein@cov.com
            COVINGTON & BURLING LLP
            One Front Street
            San Francisco, CA 94111-5356
            Telephone: (415) 591-6000
            Facsimile: (415) 591-6091

            Jason C. Raofield (DC Bar No. 463877)
            jraofield@cov.com
            Richard A. Lopez (DC Bar No. 995719)
            rlopez@cov.com
            Matthew J. Connolly (DC Bar No. 997905)
            mconnolly@cov.com
            COVINGTON & BURLING LLP
            1201 Pennsylvania Avenue, NW
            Washington, DC 20004-2401
            Telephone: (202) 662-6000
            Facsimile: (202) 662-6291

## **CERTIFICATE OF SERVICE**

I, Samuel Ernst, an attorney, do hereby certify that I caused a copy of the foregoing to be electronically filed with the Court and served on all parties on January 30, 2013 using the Court's electronic case filing system.

By: */s/ Samuel F. Ernst*
Samuel F. Ernst